NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

04-0040

DR. DONALD FALGOUST

VERSUS

HART EYE CENTER, LLC, ET AL.

**********

APPEAL FROM THE
FOURTEENTH JUDICIAL DISTRICT COURT
PARISH OF CALCASIEU, NO. 2002-3523
HONORABLE WILFORD D. CARTER, DISTRICT JUDGE

**********

ELIZABETH A. PICKETT
JUDGE

**********

Court composed of John D. Saunders, Michael G. Sullivan, and Elizabeth A. Pickett, Judges.

REVERSED AND REMANDED.

James B. Doyle
Tara B. Hawkins
Doyle & Hawkins, LLC
930 Lakeshore Drive
Lake Charles, LA 70602-2142
(337) 433-5999
Counsel for Defendant/Appellee:
    Hart Eye Center, LLC
    Dr. William B. Hart

**David H. Hanchey**
**Lundy & Davis, LLP**
**501 Broad Street**
**Lake Charles, LA  70601**
**(337) 439-0707**
**Counsel for Plaintiff/Appellant:**
**Dr. Donald Falgoust**